UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, | Civil Action No. 1:19-cv-1355 |
| Plaintiff, | |
| | Judge Alison J. Nathan |
| -against- | |
| | **CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, | |
| Defendant. | |

------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for The Travelers Indemnity Company of Connecticut and certifies as follows:

1. The Travelers Indemnity Company of Connecticut is a wholly owned subsidiary of the Travelers Casualty and Surety Company. The Travelers Casualty and Surety Company is a wholly owned subsidiary of the Travelers Insurance Group Holdings, Inc. Travelers Insurance Group Holdings, Inc. is a wholly owned subsidiary of Travelers Property Casualty Corp., which is a wholly owned subsidiary of The Travelers Companies, Inc., a publicly traded company.

2. The Travelers Companies, Inc. is the only publicly held company in the corporate family.

3. No publicly held corporation other than The Travelers Companies, Inc. owns 10% or more of the stock of The Travelers Indemnity Company of Connecticut.

Dated: April 1, 2019

          **RESPECTFULLY SUBMITTED:**

          **KEANE & ASSOCIATES**

By: s/Robert J. Keane
    Robert J. Keane
    *Attorneys for Defendant*
    *Travelers Indemnity Company of*
    *Connecticut*
    Direct: 917.778.6680
    Fax: 844.571-3789
    Email: rkeane@travelers.com

    Please address all correspondence sent by mail to:
    P.O. Box 2996
    Hartford, CT 06104-2903

    Physical Address:
    485 Lexington Avenue, 6th Floor
    New York NY 10017

To:    Marshall T. Potashner, Esq.
       mpotashner@jaffeandasher.com
       Ori Shafirstein, Esq.
       oshafirstein@jaffeandasher.com
       JAFFE & ASHER, LLP
       445 Hamilton Avenue, Ste. 405
       White Plains, New York 10601
       *Attorneys for Plaintiff*
       *Ohio Security Insurance Company*