UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ohio Security Insurance Company,

Plaintiff,

—v—

Travelers Indemnity Company of Connecticut,

Defendant.



19-cv-1355 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of the ongoing discovery disputes before Judge Fox, the case management conference scheduled for November 22, 2019 is hereby adjourned to December 20, 2019 at 3:15 p.m.

SO ORDERED.

Dated: November __, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge