UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ohio Security Insurance Company,

Plaintiff,

–v–

Travelers Indemnity Company of Connecticut,

Defendant.



19-cv-1355 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

At the December 20, 2019 case management conference, the Court permitted the parties to cross-move for summary judgment even though this case would be tried to the Court and not a jury. *See* Individual Rule 3.G.vii ("Absent good cause, the Court will not ordinarily have summary judgment practice in a non-jury case"). It did so based on assurances from Plaintiff that the parties would be able to stipulate to all relevant facts and that the summary judgment motions would be able to resolve the entire case. However, on February 14, 2020, Plaintiff filed only a *partial* motion for summary judgment. *See* Dkt. No. 39. The Court therefore denies Plaintiff's partial summary judgment motion without prejudice. The parties are ordered to meet and confer on or before March 6, 2020 to try to stipulate to any additional facts necessary to enable summary judgment motions on all claims. However, if the parties are still unable to, in good faith, move for full summary judgment, the Court will consider their partial summary judgment motions. Any additional stipulated facts are due on March 6, 2020. Plaintiff's renewed, and preferably full, summary judgment motion is now due on March 13, 2020. Defendant's cross-motion for summary judgment and opposition to Plaintiff's motion is due on

1

March 27, 2020. Plaintiff's reply and opposition to Defendant's motion is due on April 10, 2020. Defendant's reply is due on April 17, 2020.

SO ORDERED.

Dated: February 20, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

2