**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Ohio Security Insurance Company,

               Plaintiff,

-against-                                                  19 **CIVIL** 1355 (AJN)

## JUDGMENT

Travelers Indemnity Company of Connecticut,

               Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 1, 2021, Ohio's motion for partial summary judgment is DENIED and Travelers' cross-motion for summary judgment is GRANTED. Ohio's letter motion for oral argument is DENIED as moot; accordingly, this case is closed.

**Dated:**  New York, New York

     March 1, 2021

                                               **RUBY J. KRAJICK**

                                               **Clerk of Court**

                     **BY:**
                                           *K. Mango*

                                             **Deputy Clerk**